■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK COSTELLO, Appellant. [619 NYS2d 607] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Berry, J.), imposed December 22, 1993.

Ordered that the sentence is affirmed (see, People v Kazepis, 101 AD2d 816). Mangano, P. J., Balletta, Ritter, Santucci and Goldstein, JJ., concur.